IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIRITA PAYTON,<br><br>   *Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF INSURANCE SECURITIES AND BANKING,<br>1050 First Street, NE, Suite 801<br>Washington, D.C. 20002<br><br>and<br><br>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA,<br>400 6th Street, NW<br>Washington, D.C. 20001,<br><br>   *Defendants.* | 23-cv-477 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Department of Insurance, Securities and Banking and the Office of the Attorney General for the District of Columbia remove the above-captioned case to this Court under 28 U.S.C. § 1441, *et seq*. In support of the removal, the defendants state as follows:

1. On November 22, 2022, Plaintiff Sirita Payton commenced an action in the Superior Court of the District of Columbia, Civil Division, entitled *Sirita Payton v. Department of Insurance Securities and Banking, et al.,* Case Action No. 2022 CA 002070 B. *See* Compl.

2. The defendants seek to remove this action to this Court under 28 U.S.C. § 1441(a).

3. The plaintiffs allege the defendants violated their rights under the Fourth Amendment of the United States Constitution, made actionable by 42 U.S.C. § 1983, and for retaliation and breach of contract.

4. Removal is proper because this civil action contains claims grounded in federal law which gives this Court original jurisdiction over the action under 28 U.S.C. §1331. *See* Compl.

5. On January 20, 2023, the defendants received a summons and copy of the plaintiff's Complaint.

6. This Notice is timely filed under 28 U.S.C. § 1446 because the removal is sought not more than 30 days after the defendants were served or otherwise made aware of this action against them.

7. A copy of all documents from the Superior Court for the District of Columbia is attached hereto as Exhibit 1.

8. The defendants believe they have satisfied all requirements for removal of this action to this Court.

For the foregoing reasons, the defendants ask that this action be accepted for removal to the United States District Court for the District of Columbia.

Dated: February 21, 2023          Respectfully Submitted,

                                  BRIAN L. SCHWALB
                                  Attorney General for the District of Columbia

                                  STEPHANIE E. LITOS
                                  Deputy Attorney General
                                  Civil Litigation Division

/s/ Patricia A. Oxendine/kdf
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I


/s/ Jessica Krupke
JESSICA KRUPKE
D.C. Bar No. 1019967
LAWRENCE CORBEILLE[1]
Assistant Attorneys General
Office of the Attorney General for the
District of Columbia
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 727-2125; (202) 769-6162
Email: jessica.krupke@dc.gov;
lawrence.corbeille@dc.gov

*Counsel for Defendants DISB and OAG*

---

[1] Admitted to practice only in Maryland. Practicing in the District of Columbia under the direct supervision of Patricia A. Oxendine, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).